LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendants
ROEHRIG MARITIME LLC and TUG TILLY LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LARRY S. NELSON, SR.,

                          Plaintiff,

       - against -

ROEHRIG MARITIME LLC and TUG TILLY LLC,

                         Defendants.
-------------------------------------------------------------------X

**ECF CASE**

07 CV 6037 (CM)

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendants ROEHRIG MARITIME LLC and TUG TILLY LLC, certifies upon information and belief that said defendants are not publicly held corporations in the United States and that there are no corporate parents, subsidiaries, or affiliates of the defendants which are otherwise publicly held in the United States.

Dated: New York, New York
       July 26, 2007

                          LYONS & FLOOD, LLP
                          Attorneys for Defendants
                          ROEHRIG MARITIME LLC and
                          TUG TILLY LLC

                        By: _____
                          Edward P. Flood (EPF-5797)
                          65 West 36th Street, 7th Floor
                          New York, New York 10018
                          (212) 594-2400