# LYONS & FLOOD, LLP
## ATTORNEYS AT LAW

MEMO ENDORSED
ECF

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

EDWARD P. FLOOD
E-Mail: eflood@lyons-flood.com

ADMITTED IN NEW YORK

March 20, 2008

**BY TELEFAX**          (212) 805-7930

Honorable James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

Re:  Nelson v. Roehrig Maritime LLC and Tug TILLY LLC
     07 Civ. 6037 (CM) (JCF)
     Our File: 2536021

Dear Judge Francis:

We represent the defendant Roehrig Maritime, LLC in regard to the above maritime personal injury case. Currently the last date for fact discovery is March 31, 2008. We write to request that the parties be granted a one month extension of the deadline for fact discovery, up and until April 30, 2008. Defendant does not seek to extend any of the other litigation deadlines. This is the second request for a time extension in this matter. Plaintiff does not object to this request.

This short additional time is necessary since it appears that the most convenient time to depose a third-party witness – one of plaintiff's treating medical providers – is during the first week of April 2008. Additionally, there are some responses to document demands and requests for admissions which remain outstanding, and may not be produced by March 31, 2008. The parties are confident that this remaining discovery can be completed by April 30, 2008.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

We thank Your Honor for his attention and indulgence in this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: Edward P. Flood

<u>**VIA E-MAIL**</u>

**jjames@friedmanjames.com**

cc: John P. James, Esq.
Friedman & James LLP
132 Nassau Street, Suite 900
New York, NY 10038

U:\FLOODDOC\2536021\Correspondence\Francis 01 ltr.doc

3/21/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

- 2 -