**MEMO ENDORSED**

# FRIEDMAN & JAMES LLP

ATTORNEYS AT LAW
132 NASSAU STREET
SUITE 900
NEW YORK, NY 10038

(212) 233-9385
FAX (212) 619-2340
www.friedmanjames.com

BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

NEW JERSEY OFFICE
200 CRAIG ROAD
MANALAPAN, NJ 07726
(732) 431-1978

April 29, 2008

**VIA FAX: (212) 805-7930**

Honorable James C. Francis IV
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

Re: Nelson v. Roehrig Maritime LLC, et ano
07 CV-6037 (JCF)

Dear Judge Francis:

We represent plaintiff in the captioned action and write jointly with Edward P. Flood, Esq. of Lyons & Flood, LLP, attorneys for defendants, to respectfully request a thirty (30) day extension of the dates for completion of expert disclosure. Currently, plaintiff's expert disclosure is scheduled to be completed not later than April 30, 2008 and defendants' expert disclosure is to be completed not later than May 23, 2008. This is the first request for an extension of the dates for expert disclosure.

The parties are in the process of concluding depositions of several non-party witnesses whose testimony is relevant for certain of the opinions to be expressed by the expert witnesses. In order to have the opportunity to take the depositions, obtain the transcripts and forward them to the experts for review, additional time is required. For the foregoing reasons, the parties jointly request the date

for plaintiff's expert witness disclosure be extended to and including May 30, 2008 and defendants' date for expert disclosure be extend to and including June 23, 2008.

    Thank you for your consideration of the parties requests and we look forward to the Court's advices.

Respectfully,

FRIEDMAN & JAMES LLP

John P. James

JPJ:ll

cc: **VIA FAX: 212-594-4589**
Edward P. Flood, Esq.
Lyons & Flood, LLP
Attorneys for Defendants

---

4/29/08

Application granted. In addition, all expert discovery shall be completed by July 25, 2008, and the pretrial order on any dispositive motion shall be submitted by August 22, 2008. If a dispositive motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

James C. Francis IV
USMJ