```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
LARRY S. NELSON, SR.,                : 07 Civ. 6037 (JCF)
                                     :
                Plaintiff,           : O R D E R
                                     :
        - against -                  :
                                     :
ROEHRIG MARITIME LLC and TUG         :
TULLY LLC,                           :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Counsel having represented that this case has been settled, it is hereby ORDERED as follows:

1. All claims, counterclaims, and cross-claims are dismissed with prejudice and without costs to any party.

2. If settlement is not consummated within ninety days of the date of this order, any party may apply to have the action restored to the Court's active docket.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         August 29, 2008

Copies mailed this date:

John P. James, Esq.
Friedman & James LLP
132 Nassau Street, Suite 900
New York, New York 10038

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

Edward P. Flood, Esq.
Lyons & Flood, LLP
65 West 36th Street - 7th Floor
New York, New York 10018

2